IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINELLA PICARDI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PULMONARY CONSULTANTS, INC. | : | NO. 24-1440 |

## **O R D E R**

AND NOW, this 21st day of May 2025, upon consideration of Defendant's Motion for Summary Judgment (Doc. 27), Plaintiff's response (Doc. 30), and the attachments to each, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Pulmonary Consultants, Inc., and against Plaintiff Marinella Picardi on all claims brought against it.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.